United States District Court
Southern District of Ohio

**Related Case Memorandum
Criminal Cases**

TO: Judge Graham and Judge Sargus

FROM: Scott Miller, Deputy Clerk

DATE: 4/9/25

SUBJECT: Case Caption: USA v. Robert Berndt

CASE: Case Number: 2:25-cr-52

DISTRICT JUDGE: Graham

File Date: 4/8/25

This memorandum is to notify you that the defendant information sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **USA v. Ronald P. Bedra**

Case Number: **2:24-cr-48**          District Judge: **Sargus**

File Date: **4/8/24**          Magistrate Judge:

**Related Case(s):**

Case Caption:

Case Number:          District Judge:

File Date:          Magistrate Judge:

Memo Re: Related Criminal Cases
Page 2

The District Judges having conferred, we respond to Deputy Clerk    <u>Scott Miller</u>
as follows:

**Judges' Response:**

☐ We agree that the cases are <u>not</u> related and that the subject case should remain with the Judge to whom it is assigned.

☑ We agree that the cases <u>are</u> related and that the subject case should be transferred to the docket of Judge <u>Sargus</u>

☐ We agree that although the cases <u>are</u> related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are <u>not</u> related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases <u>are</u> related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____ 4-9-2025
United States District Judge

/s/James L. Graham     April 10, 2025
United States District Judge

_____
United States District Judge

cc: Courtroom Deputies

*Revised 9/14/2012*