From:  Kim Williams-Mann
       40 New Friendship Road
       Howell, NJ 07732
       P: 917-414-273-2406
       E: kim@kimwilliamsfitness.com

To    The Honorable JUDGE EDMUND A. SARGUS, JR.
      United States District Court
      Southern District of Ohio

Dear Judge Sargus,

**Re: Character Reference for Robert Berndt**

I am writing this letter to provide a character reference for my son, Robert Berndt (Rob) who is appearing before your court regarding criminal charges of animal cruelty. After learning of his case, I feel compelled to share my insight and perspective on his character and personal qualities.

**Introduction of Relationship**
I am thankful to say that my son, Rob, and I have always had a very close relationship, typically living close to each other and sharing values. Since we have always maintained our strong connection, I believe I am in a good position to speak about his character.

**Positive Character Traits & Contributions to the Community**
Rob has always been a very thoughtful, caring, honest and responsible person. He is exceptionally smart, excelling in his studies and completing his junior year at Rutgers College in the study of computer engineering and physics. Rob does not have a lot of friends, but the friendships he forges are deep and lifelong. He worked his way up in my husband's partner's business from the lowest level managing a library while in his teens, all the way to general manager of the facility, seeing to the needs of all of the employees, maintaining relationships with clients, improving and managing workflow and productivity, and being responsible for the day to management of the business to the owners of the company. If anyone in the business had a question, issue or need, Rob was the person they went to in order to find a solution and resolve it. Rob worked there in that position reliably and remarkably for approximately 13 years and then continued to do freelance work for that company after its acquisition by a larger company up until the past few years when that work became less. He is imminently trustworthy and would be the person my family would call if they needed help. For example, when my husband was on life support from complications of the flu in March/April 2008 at Roosevelt Hospital in New York City, Rob stepped up helping take care of his 7 year old homeschooled sister, Kaitlyn, feeding and getting her ready, caring for our dog, Kiki, and managing all of the phone calls and emails from friends and family as well as being a very big shoulder for me to lean on during the 39 days my husband was in the hospital. He continued to be present and helpful with my husband once we brought him home since he was unable to walk. He helped when his father needed support getting to Sloan Kettering in New York City (NYC) for cancer treatment or feeding tube placement, Rob would drive from Philadelphia over an hour and then into NYC another 2 ½ hours to bring him there and then take him back home. If I ever needed anything, I know I could count on my son, Rob. By anything, I do mean he would sacrifice everything for his family, friends and those in need. In a conversation with his therapist, Dr. Elaine Montoures, she once told me he had "white knight" syndrome. Rob is a compassionate person, for instance, when he moved to Philadelphia just over 7 years ago, his elderly landlord, Siraik Zakarian, relied heavily on him to help her manage expenses, funding, coordinating repairs and maintenance, and helping with the building and tenants. I know that she thought very highly of my son, Rob. Sadly, her health deteriorated over the past few years and she leaned more and more heavily on Rob to assist her in in any emergency situation as well as getting to doctor's appointments, physical therapy, and helping manage her medications and diabetes. This would cause him to be awakened repeatedly robbing him of sleep often during the night and early

morning hours to help if she had fallen or become disoriented. In the apartment building that he has been entrusted to care for by Siraik on her passing, Rob helps tenants not only with their apartment problems and repair, but also helping by carrying items in or holding the door for tenants who are physically limited. People hold Rob in high regard as he is the type of person we all want to have in our lives.

In terms of any bad character trait, it would be that often he cares too much, sacrificing his own needs to take care of others.

**Circumstances, Remorse and Rehabilitation**

Rob's lifelong actions reflect a strong moral foundation including love and empathy for animals and I believe that he is completely devastated and genuinely remorseful for any participation in the crime as it does not reflect who he is or his values. I am aware of the circumstances that led to the current legal situation and in no way do I condone such behavior. I do believe that the court should consider his character and the extenuating circumstances of his opioid addiction to hydrocodone and subsequent use of fentanyl, a drug known to cause out of character and cruel behavior in users. Thankfully, Rob is in treatment and on Suboxone for his opioid addiction.

My family and I only learned of his opioid addiction to hydrocodone during the pandemic in the end of August of 2020 when he was unsuccessfully attempting to stop the drugs cold turkey. It's my understanding that he attempted to become drug free a number of times prior to this. As our family and I are one of his strong support systems, he came and lived with us for about 3 months in New Jersey where we worked with Dr. Lillian Alt, an opioid addiction specialist, and Dr. Elaine Montoures, a psychologist specifically recommended by Dr. Alt for her expertise in opioid addiction. Dr. Alt provided us with medical support for opioid withdrawal and Rob began telemed therapy sessions with Dr. Montoures. During that time he was drug-free, though soon he was feeling a need to return to his life in Philadelphia, work and commitment to aiding his landlord and very close friend, Siraik who he was helping with financial and tax troubles. I do believe he left our home prematurely though he continued showing us his "sobriety" and commitment to being healthy by commuting to our home a few days a week to exercise and stay connected. My family and I suspected that he had returned to using opioids again though he repeatedly denied it. We had been noticing that his behavior was strangely erratic and not in his normal character though Siraik attested to Rob being okay, at the time she was unaware of his struggle with opioids.

Examples of his erratic and out of character behavior my family and I noted:
- Treating me like an enemy when we have always had so much love and close connection
- Repeating entire conversations over and over
- Inappropriate childish behavior
- Slurred speech and insomnia
- Excessive daily use of alcohol
- Manic levels of happiness also noted by Dr. Montoures
- Uneven eye size and nasal congestion
- Overexcitement and fast talking
- Making plans for additions and renovations to the building while it was in financial ruin
- Paranoia where I was accused of taking over his cellphone number and texting his therapist thus impersonating him. Threatening to call the FBI and police even though I have no access to his celphone
- Not answering the phone, door or texts for extended periods including when Siraik needed his assistance which was very out of character for Rob

We are all heartbroken that he had been dealing with his addiction without the help and support of his family and are so thankful that since August of 2024 he has been attending the Health Center #5 clinic in Philadelphia and receiving treatment.

**Personal Appeal**

2

I believe these horrible, cruel events are not a reflection of Rob's true character but a result of his opioid/fentanyl addiction and would never be something he would be capable of. My son, Rob, loves animals all the way from the orb weaver spider he named "Orbina" to the little squirrel asleep on his windowsill and the raccoons with their babies nesting in his home's eaves. Rob is anguished and distraught over his actions. He is deeply committed to making amends. Rob is in therapy and opioid treatment with Philadelphia Health Center #5 in Philadelphia and drug-free.

In conclusion, I respectfully ask the court to consider this letter as a reflection of Rob's true kind, compassionate, generous character. I believe that he has learned from this experience and will remain in drug treatment and counseling and will be a positive influence on those around them and contribute to the community. I trust that the court will take this into account when determining the appropriate course of action.

Thank you for your time and consideration of this letter

in my son's case.

Sincerely,

Kim Williams-Mann

Signature: ____
    Kim Williams-Mann
    Fitness & Health Advocate
    BA Biology, Douglass College, Rutgers University

Date: October 29, 2025

**From:** Lawrence H. Berndt
11 Windstar Drive
Little Egg Harbor, NJ, 08087
P: 609-276-3397
E: berndtl58@gmail.com

**To** The Honorable JUDGE EDMUND A. SARGUS, JR.
United States District Court
Southern District of Ohio

Dear Judge Sargus,

**Re: Character Reference for Robert Berndt**

I am writing this letter to provide a character reference for my son, Robert Berndt (Rob), who is appearing before your court regarding criminal charges of animal cruelty. After learning of his case, I feel compelled to share my insight and perspective on his character and personal qualities.

My son, Rob, and I have a very close relationship with him living with me from around the age of 8 years, up until college age and also spending time visiting and staying over on weekends through college.

We share a very deep love and respect for one another and I feel that there is nothing Rob would not do for me or our family and vice versa. I have always been there for him in times of need and he has been there for me as well.

As his father, I believe I am in an especially good position to speak about his true character.

Rob has always been a very caring person. He goes above and beyond in his caring and attention to others, even more than most. We have often had conversations together about birds and squirrels and discussing helping and caring for his elderly and ill landlord, Siraik. Even at work at his job in New York City, Rob has looked out for and extended himself on behalf of the employees. He also extends himself daily for the tenants of his late landlord's building in Philadelphia.

During my recent battle with throat cancer, Rob made himself available to support me in my care and in emergencies at great time and personal expense to transport me in my treatment and helping me get to the hospital. Often spending 6 hours or more transporting me.

My family and I know that he is always there for us. He is very smart and capable, highly trusted by his ailing landlord to take care of her health and management of her apartment building up through her passing in August 2023. She has left the building in his care after her death, relying on Rob to take care of the building, tenants and finances. As such, Rob's relationships are deep and lifelong.

In terms of any bad character trait, it would be that he tries to do everything himself, only asking for help when absolutely necessary.

Rob's lifelong actions reflect a strong moral foundation including love and empathy for animals and I believe that he is completely sorry and deeply devastated for any participation in the crime as it does not reflect who Rob is or his values.

I am aware of the circumstances that led to the current legal situation and in no way do I condone such behavior. I do believe that the court should consider his character and the extenuating circumstances of his opioid addiction to hydrocodone and subsequent use of fentanyl, a drug known to cause out of character and cruel behavior in users. Rob

4

did not so much as drink alcohol until after the age of 25. For more than the past year Rob has been in treatment and on Suboxone for his opioid addiction.

My family and I only learned of his opioid addiction to hydrocodone during the pandemic in the end of August of 2020 when he was unsuccessfully attempting to stop the drugs cold turkey. It was only when no one in the family was able to reach him and I went to his apartment in Philadelphia and realized that he had a serious problem. At that point, I managed to convince him to come with me where we, as a family, worked to help him through his withdrawal. It's my understanding that he attempted to become drug free a number of times prior to this. He stayed with us twice attempting to become drug-free. My family and I had not understood the severity of what an opioid addiction meant or the difficulty in getting off drugs. I was naïve and really thought he would be able to do it on his own.

My family and I suspected that he had returned to using opioids again though he repeatedly denied it. We had been noticing that his behavior was strangely erratic and not in his normal character though Siraik attested to Rob being okay.

Examples of his erratic and out of character behavior I noted:

- Not answering the phone when I called or when his landlord, Siraik, needed him
- Not answering the door even when I drove over an hour to check that he was okay and was loudly pounding on the door
- Being generally disconnected from the family, not answering texts
- Not wanting to visit which was very unusual
- Disconnecting from everything: He stopped calling though he had previously always called and we'd talk all of the time
- He seemed to be sick most of the time but didn't want to go to the doctor. He appeared sick to us.

My family and I are just devastated that Rob had been dealing with his addiction without the help and support of his family. He had tried unsuccessfully to quit his opioid addiction. I understand that as of August 2024 he has been attending the Health Center #5 clinic in Philadelphia and receiving Suboxone treatment.

I really feel that these cruel events are not a reflection of Rob's true character but a result of his opioid/fentanyl addiction and would never be something he would normally be capable of. I am very concerned about not only the personal devastation he feels for his acts under the influence of opioids/fentanyl, and what subsequent incarceration would mean with regard to putting his life back together in a meaningful and productive way and render him unable to fulfill his obligations to the tenants and apartment building he has been managing since his landlord's passing. Rob is anguished and distraught over his actions and cruelty to animals. He is deeply committed to making amends. Rob is in therapy and opioid treatment with Philadelphia Health Center #5 in Philadelphia and drug-free.

In conclusion, I respectfully ask the court to consider this letter as a reflection of Rob's true kind, caring and helpful character. I believe that he has learned from this experience and will remain in drug treatment and counseling and will be a positive influence on those around them and contribute to the community.
I trust that the court will take this into account when determining the appropriate course of action.

Thank you for your time and taking this letter, the

extenuating circumstances and Rob's character into

consideration when making your decision regarding

sentencing in his case.

Sincerely,

Lawrence H. Berndt

Signature: *[signature: Lawrence H. Berndt]*

    Lawrence H. Berndt
    Insulation Application Specialist and Manager
    Eastern Contractor Services, a subsidiary of IBP, Columbus Ohio

Date: November 20, 2025

**From:** Tim Mann
40 New Friendship Road
Howell, NJ 07732
P: 917-273-2406
E: tim.mann01@gmail.com

**To** The Honorable JUDGE EDMUND A. SARGUS, JR.
United States District Court
Southern District of Ohio,

**Re: Character Reference for Robert Berndt**

I am writing this letter to provide a character reference for my step son, Robert Berndt who is appearing before your court regarding criminal charges of animal cruelty. Our close and unique relationship gives me a perspective to speak to his character.

**Introduction of Relationship**
Rob and I have a very close relationship. When I met Rob, even at the young age of 15 he was probably the most gentle and straight up intelligent person I'd ever met. Our relationship took time, but it grew into a special older brother to younger brother closeness and it really works for us. Over our 25 plus years relationship we've become very close and have similar interests in work, sports and technology though he is much more technical and smarter than I could ever hope to be.

The one thing about Rob is the love for people in his life. We share the love for his Mom, Kim (my wife) and his sister Kaitlyn (my daughter). I know he would do anything to keep them safe and happy. This common bond really nourishes our strong relationship.

**Positive / Negative Character Traits**
Rob has always been the most thoughtful, caring, honest and responsible person. He is imminently trustworthy and is the person the family, friends or even strangers, reach out to if they need help. He's the person in a crisis situation who can process information quickly and find a solution. He is amazing that way. Always thinking of others before himself.

In the apartment building where he lives he has been entrusted to manage and care for the building by his elderly landlord Siraik who passed away this year. She too was very close with Rob. In the apartment building Rob is the go to person for the tenants with any needs or problems. He is also the one they call if they need someone to hold the door open for them while they bring in groceries. He is that guy, who has compassion and is always wanting to assist in the simplest ways.

If I'm listing a negative character trait and there aren't many, it would have to be that sometimes he just goes over and beyond the needs or if the options have been exhausted, he will not give up on a possible better solution.

**Circumstances, Remorse and Rehabilitation**

Rob has always had a love for animals of any kind and he is just distraught and devastated at his part in this crime. It does not truly reflect who he is as a person or his values. I am aware of the charges against Rob and in no way do I condone such activity, but I do believe the court should consider the effect on his character and decision making caused by opioid and fentanyl addiction. We as a family tried many times to get him help. But under this addiction, Rob was in a dark place and not himself. He displayed paranoia and distressing behavior. Here is a list of some of the behaviors.

- o  Repeating entire conversations over and over
- o  Inappropriate childish behavior
- o  Slurred speech and insomnia
- o  Excessive daily use of alcohol
- o  Manic levels of happiness
- o  Manic levels of sadness
- o  Overexcitement and fast talking

Our family has just been heartbroken for Rob that he was dealing with this addiction, but we are so grateful that he has been drug free from June of 2024 and he is getting the help he needs from the Health Center #5 clinic in Philadelphia. Our Rob is back and is committed to continuing his treatments. He is so remorseful and embarrassed, but continues to make amends in his life to his family and friends.

**Personal Appeal**

Rob's true character and compassion would never ever participate in such cruel treatment of animals. I believe his participation was driven purely by the dark cloud of opioid and fentanyl addiction. I respectfully ask the court to consider this letter as a reflection of Rob's true character. Rob has learned from this experience and will continue his treatment and counseling and will be a positive influence on those around him and contribute to the community. I trust the court will take this into account when determining the appropriate course of action.

Thank you for your time and consideration of this letter.

Sincerely,

Signature: _____

Tim Mann
Television Production Executive
BA: Radio, Television & Film. emphasis in broadcast journalism

Date: __11/03/2025__

**From:** Kaitlyn Mann
40 New Friendship Road
Howell, NJ 07732
P: 917-414-273-2406
E: kaitlyn.mann@live.com

**To** The Honorable JUDGE EDMUND A. SARGUS, JR.
United States District Court
Southern District of Ohio

Dear Judge Sargus,

**Re: Character Reference for Robert Berndt**

I am writing this letter to provide a character reference on behalf of my brother, Robert L. Berndt (Rob) who is appearing before your court regarding criminal charges of animal cruelty. After learning of this case, I'd like to share my own personal perspective of who Rob is.
Some typical behaviors between siblings can be bickering, competitiveness, superiority, various jabs and digs at one another.
This was never the case between me and my older brother, Rob.
From the moment I arrived earthside, Rob only gifted me unconditional love, gentleness, patience, and his time.
My brother has shown up and been there for me through every phase of my life.
Every birthday party, every piano concert and show I've played, actively listening and commenting on any song I wanted to show him, every relationship trauma, every struggle I've faced. He distracted and provided comfort and stability for me when my dad was on life support due to strep pneumonia for 39 days when I was 7. He always made me feel safe and advocated for. Including addressing technical and hardware support for my professional music software which can be very sensitive and glitchy. My brother, Rob, is a genius. Always completely present, and I know that rings true for all of the relationships in his life.
Going above and beyond for others. If he had any shortcomings, it would be having 'white knight syndrome' and wanting to come to aid and rescue whoever he found in distress, even if at a great cost to his physical or mental health. And in that, being quite good at hiding his own battles.
I was unaware of his opioid addiction until August of 2020, when he was brought home to us after trying to quit using drugs on his own.
Witnessing the pain, the withdrawal, the fight for recovery and wellness, I tried to be there for him in the way he always had been for me.
Rob lived with me and my family for 3 months. But I don't think he was truly ready to go back home to Philadelphia which is an hour or so away drive as soon as he did. Especially with trying to continue carrying the demands of giving incredible care to his elderly landlady and closest friend Siraik, while simultaneously helping her manage the historic apartment building itself.
In the years that followed I noticed Rob seeming less and less like himself. I couldn't connect with him the way I used to.
His behavior was all over the place.
Rob would go from manically hyper and infantile to horrendously drowsy, slurring words, forgetting sentences he had just spoken to me.
Calling me and then not remembering that he called, thinking that I had called him.
Rob is the most level, chill person I know. Sharper than anyone. So this behavior was very odd for him.
He began treating my mother like the villain, feeling 'attacked' because she expressed such worry. There was an anger in him that had not existed prior to the drug use.
He forgot all important dates such as birthdays and holidays.
He would go for months at a time without replying to messages or calls from any of his family.
We questioned if he was using drugs again, which he denied for a very very long time until he finally began treatment from the Health Center 5 in Philadelphia in early 2024. He's been clean since and we are eternally thankful. I have my big brother back.
I do not stand for what he committed, however I do know he was under the influence of high doses of opioids and fentanyl at the time of the acts. I don't believe it was a reflection of his moral compass and his true, kind,

9

compassionate personality. This is something Rob would not ever have the ability to do. His love and warmth towards animals is a tenderness so pure, they are family to him. I know he is sick with remorse and wholeheartedly regrets the things he has done.

Rob takes accountability for his actions and is dedicated to sobriety, continuing the treatment plan with his medical team.

I hope that this letter effectively provided a more in depth overview of who my brother is to me, and that the court takes it into account when reviewing this case.

Thank you for your attention and time.

Sincerely,

Kaitlyn Mann

Signature: *Kaitlyn Mann*

Kaitlyn Mann
Recording Artist/Producer

Date: October 29, 2025

10